UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

Trustees of the Graphic Communications Local 1-B Health and Welfare Fund,

Plaintiffs,

vs.

Nordic Press, Inc.,

Defendant.

Court File No. 01-CV-1165 (DDA/SRN)

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

---

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant that the time for Defendant to answer or otherwise respond to the Complaint in this matter is extend up to and including August 17, 2001.

Date: July 17, 2001.

George R. Wood
**LITTLER MENDELSON**
Multifoods Tower
33 South 6th Street, Suite 3110
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Facsimile: 612.630.9626

**ATTORNEYS FOR DEFENDANT**

JUL 19 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: July 17, 2001.

Ruth S. Marcott

Ruth S. Marcott (#176825)
**FELHABER, LARSON, FENLON & VOGT, P.A.**
601 Second Avenue South
Suite 4200
Minneapolis, Minnesota 55402
Telephone: 612.339.6321

**ATTORNEYS FOR PLAINTIFFS**

**ORDER**

Pursuant to the attached stipulation, IT IS HEREBY ORDERED that the time within which Defendant may answer or otherwise respond to the Complaint in this matter is extend up to and including August 17, 2001.

Dated: July 18, 2001

BY THE COURT:

Susan Richard Nelson

HONORABLE SUSAN R. NELSON
UNITED STATES MAGISTRATE JUDGE

No further extension will be granted

MINNEAPOLIS:26134.1 041497.1002
07/17/01 11:54 AM

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500