**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Trustees of Graphic Communications International Union Upper Midwest Local 1-B Health and Welfare Fund A,**

**Plaintiff,**

**v.**

**Nordic Press, Inc.,**

**Defendant.**

**Civil No. 01-1165 RHK/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by February 15, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before October 31, 2001.

3. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

4. No more than 25 requests for admissions shall be serve by any party.

5. No more than 2 depositions, excluding expert witness depositions, shall be taken by any party.

FILED OCT 0 5 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by November 1, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by February 28, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by May 1, 2002. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Deb Siebrecht, 651-848-1166.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(COURT)** on July 1, 2002, or upon resolution of any pending dispositive motions. Anticipated length of trial is 3-5 days.

Dated: October 5, 2001.

Susan Richard Nelson
United States Magistrate Judge