UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRUSTEES OF GRAPHIC COMMUNICATIONS INTERNATIONAL UNION UPPER MIDWEST LOCAL 1-B HEALTH AND WELFARE FUND A.,

Plaintiff,

vs CV 01-1165 RHK/SRN

NORDIC PRESS, INC.,

Defendant.

**ORDER OF DISMISSAL**

The Court having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

IT IS HEREBY ORDERED that this action is dismissed with prejudice, the Court retaining jurisdiction for thirty (30) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: February 22, 2002

RICHARD H. KYLE, JUDGE
U.S. DISTRICT COURT

FEB 22 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK