**UNITED STATES DISTRICT COURT**
**FOURTH DISTRICT OF MINNESOTA**

---

Trustees of the Graphic Communications International Union Local 1-B Health and Welfare Fund A,

Plaintiff,

vs.

Nordic Press, Inc.,

Defendant.

Court File No.01-1165 RHK/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED, by and between Plaintiff and Defendant, through their respective counsel, that Plaintiff's action against Defendant Nordic Press, Inc. may be and is hereby dismissed with prejudice and on the merits.

Dated: 3/4/02, 2002

LITTLER & MENDELSON

By: ______________________
George Wood (#166017)
33 Sixth Street South
Minneapolis, MN 55402
Telephone: (612) 630-1000

ATTORNEYS FOR DEFENDANTS

MAR 1 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

Dated: March 5, 2002

FELHABER, LARSON, FENLON & VOGT, P.A.

By: Ruth S. Marcott

Ruth S. Marcott, #176825
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 373-8435

ATTORNEYS FOR PLAINTIFF

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned matter is hereby DISMISSED WITH PREJUDICE.

Dated: 3/11, 2002

BY THE COURT

Richard H. Kyle
District Court Judge